**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7724**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PATRICK FURMAN BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Margaret B. Seymour, Senior District Judge. (5:98-cr-00282-MBS-1)

Submitted: February 20, 2020                     Decided: February 25, 2020

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patrick Furman Brown, Appellant Pro Se. Derek Alan Shoemake, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Furman Brown appeals the district court's order granting his motion for a sentence reduction pursuant to the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, No. 5:98-cr-00282-MBS-1 (D.S.C. Nov. 5, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*